UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Wiles,

    Petitioner,

        v.                                   Case No.  1:14cv685

Warden, Marion Correctional Institution,         Judge Michael R. Barrett

    Respondent.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 11, 2015 (Doc. 9).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 9) of the Magistrate Judge is hereby **ADOPTED.** Respondent's Motion to Dismiss (Doc. 7) is **GRANTED**. The Petition (Doc. 1) is dismissed with prejudice consistent with the recommendation by the magistrate judge.

    Accordingly, a certificate of appealability should not issue with respect to petitioner's claims for relief under the applicable two-part standard enunciated in *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000). With respect to any application by petitioner to proceed on appeal in *forma pauperis,* the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting this Report and Recommendation would not be taken in "good faith," and

therefore **DENIES** petitioner leave to appeal in *forma pauperis* upon a showing of financial necessity.   See Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

    **IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                      Michael R. Barrett
                                      United States District Judge